IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LANCE BAIRD, ET AL.,

    Plaintiffs,

v.

SAMSUNG ELECTRONICS AMERICA, INC.,

    Defendant.

No. C 17-06407 JSW

**JUDGMENT**

    Pursuant to the Court's Order of Dismissal, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**
Dated:  August 21, 2018

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE