UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE BAIRD, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., et al.,<br><br>                Defendants. | Case No.  4:17-cv-06407-JSW<br><br>**ORDER OF DISMISSAL AND JUDGMENT** |

On January 26, 2021, this Court granted Defendants' motion to dismiss Plaintiffs' amended complaint with leave to file.  Following an extension, on March 15, 2021, Plaintiffs filed a notice that they "do not intend to file a Second Amended Complaint" and "respectfully request that a judgment of dismissal be entered in this action."  Having given Plaintiffs an opportunity to file an amended complaint, which the Plaintiffs declines, this Court DISMISSES Plaintiffs' action with prejudice.

Accordingly, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.  The Clerk shall enter judgment and close the case.

**IT IS SO ORDERED.**

Dated:  April 5, 2021

_____
JEFFREY S. WHITE
United States District Judge

1